## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JORGE VALENCIA LOPEZ,

      Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 13-cv-169-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

      Respondent.

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered granting

respondent's motion to dismiss and dismissing the petition filed by Jorge Valencia

Lopez for a writ of habeas corpus under 28 U.S.C. § 2241 with prejudice.

     /s/                                                      4/24/2014
  Peter Oppeneer, Clerk of Court                          Date